IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **LINEAGE POWER CORPORATION** | Civil Action No. 2:08-cv-95(TJW/CE) |
| vs. | **JURY TRIAL DEMANDED** |
| **SYNQOR, INC.** | |

### ORDER GRANTING JOINT MOTION TO AMEND
### DOCKET CONTROL ORDER AND DISCOVERY ORDER

Having considered the parties' Joint Motion to Amend the Court's Docket Control Order (Dkt. 30) and Agreed Discovery Order (Dkt. 31), the Court hereby **GRANTS** said Motion.

**I.   DEADLINES REGARDING TRANSFERRED PATENTS**

It is therefore **ORDERED** that the following deadlines are enacted with regard to U.S. Patent No. 6,138,344, U.S. Patent No. 6,005,773, U.S. Patent No. 5,036,452, and U.S. Patent No. 6,310,301 (collectively referred to as the "transferred patents"):

| Event | Proposed Deadline |
|---|---|
| Deadline to comply with P.R. 3-1 and 3-2 | April 14, 2009 |
| Deadline to comply with P.R. 3-3 and 3-4 | May 29, 2009 |
| Comply with Paragraphs 3(b), 3(c) and 3(d) of Court's Discovery Order (Dkt. 31) regarding Additional Disclosures | June 26, 2009 |
| Parties shall exchange privilege logs | August 21, 2009 |
| Parties shall inform the Court regarding disputes concerning claims of privileged documents | October 30, 2009 |

**II.   DEADLINE REGARDING ORIGINAL PATENTS**

It is further **ORDERED** that the deadline for the parties to provide their Paragraph 3(c) Disclosures regarding Lineage's U.S. Patent No. Re. 36,571 and U.S. Patent No. 6,191,964 and

SynQor's U.S. Patent No. 6,594,159, U.S. Patent No. 6,731,520, and U.S. Patent No. 7,119,524 (collectively referred to as the "original patents") is extended up to and including June 26, 2009.

### III.   AMENDMENTS REGARDING DISCOVERY LIMITATIONS

The Court hereby **ORDERS** that certain discovery limitations listed in Paragraph 4 of the Court's Discovery Order (Dkt. 31) are amended as follows:

| **Previous Limitation per Dkt. 31** | **Amended Limitation** |
| --- | --- |
| 25 Interrogatories per side | 50 Interrogatories per side (inclusive of the interrogatories served in the transferred action) |
| 50 requests for admission per side (excluding requests to authenticate documents, which shall be unlimited) | 100 requests for admission per side (excluding requests to authenticate documents, which shall be unlimited) |
| Each side shall be allowed up to 100 hours of individual depositions of party fact witnesses (*e.g.*, employees) and depositions of corporate representatives of the other side pursuant to Fed. R. Civ. P. 30(b)(6) | Each side shall be allowed up to 125 hours of individual depositions of party fact witnesses (*e.g.*, employees) and depositions of corporate representatives of the other side pursuant to Fed. R. Civ. P. 30(b)(6), excluding depositions of inventors who are employed by the parties |
| Each side shall be allowed up to 10.5 hours of deposition (to be conducted on consecutive days) of each individual named as an inventor on one or more patents asserted against it | Each side shall also be allowed up to 10.5 hours of deposition (to be conducted on consecutive days) of each individual named as an inventor on one or more patents asserted against it |

SIGNED this 27th day of March, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE