**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LINEAGE POWER CORP.<br><br>  Plaintiff,<br><br>v.<br><br>SYNQOR, INC.<br><br>  Defendant. | Civil Action No. 2:08-CV-95-TJW-CE<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT SYNQOR'S NOTICE OF DISCLOSURE**
**PURSUANT TO PATENT RULES 3-3 AND 3-4**

Defendant SynQor, Inc. ("SynQor") files this Notice of Disclosure Pursuant to Local Patent Rules 3-3 and 3-4 and the Docket Control Order (Dkt. #30), as amended by Order Granting Extension of Time To Comply With P.R. 3-3 and 3-4 (Dkt. #49), and further amended by Order Granting Joint Motion to Amend Docket Control Order and Discovery Order (Dkt. #54), hereby notifying the Court and counsel for plaintiff Lineage Power Corp. ("Lineage") that SynQor served its P.R. 3-3 and 3-4 disclosures for Lineage's U.S. Patent No. Re. 36,571 and U.S. Patent No. 6,191,964 on counsel for Lineage on or before March 30, 2009.

Respectfully submitted,

Dated:   March 30, 2009           */s/ Michael D. Hatcher*

**Thomas D. Rein** (*admitted pro hac vice*)
Lead Attorney
trein@sidley.com
**Russell E. Cass** (*admitted pro hac vice*)
rcass@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL  60603
Telephone:    312.853.7000

Facsimile: 312.853.7036

**Michael D. Hatcher**
Texas State Bar No. 24027067
mhatcher@sidley.com
**Benjamin B. Kelly**
Texas State Bar No. 24055765
bbkelly@sidley.com
SIDLEY AUSTIN LLP
717 North Harwood, Suite 3400
Dallas, TX   75201
Telephone: 214.981.3300
Facsimile: 214.981.3400

*ATTORNEYS FOR PLAINTIFF SYNQOR, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 30, 2009.  Any other counsel of record will be served by first class U.S. mail on this same date.

 */s/ Michael D. Hatcher*
Michael D. Hatcher