IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **LINEAGE POWER CORPORATION** | **Civil Action No. 2:08-cv-95(TJW/CE)** |
| vs. | **JURY TRIAL DEMANDED** |
| **SYNQOR, INC.** | |

**JOINT MOTION TO AMEND DEADLINES**

COME NOW Plaintiff Lineage Power Corporation ("Lineage") and Defendant SynQor, Inc. ("SynQor") by and through their counsel of record and hereby file and present this their Joint Motion to Amend Deadlines for the Court's consideration.

The parties jointly agree to and request an extension of certain deadlines in the above-captioned civil action, in order to permit the parties to meet in good faith to determine whether a global or partial resolution of the parties' respective claims is possible.

**I.  DEADLINES TO BE AMENDED REGARDING TRANSFERRED PATENTS**

The parties request that the following deadlines set by the Court's March 27, 2009 Order (Dkt. 54) be extended with regard to U.S. Patent No. 6,138,344, U.S. Patent No. 6,005,773, U.S. Patent No. 5,036,452, and U.S. Patent No. 6,310,301 (collectively referred to as the "transferred patents"):

| Event | Current Deadline | Proposed Extended Deadline |
|---|---|---|
| Deadline to comply with P.R. 3-3 and 3-4 | May 29, 2009 (per Dkt. 54) | September 4, 2009 |
| Comply with Paragraphs 3(b), 3(c) and 3(d) of Court's Discovery Order (Dkt. 31) regarding Additional Disclosures | June 26, 2009 (per Dkt. 54) | September 25, 2009 |
| Parties shall exchange privilege logs | August 21, 2009 (per Dkt. 54) | November 30, 2009 |
| Parties shall inform the Court regarding disputes concerning claims of privileged documents | October 30, 2009 (per Dkt. 54) | January 29, 2010 |

**II.    DEADLINES TO BE AMENDED REGARDING ORIGINAL PATENTS**

The parties request that the following deadlines be extended regarding Lineage's U.S. Patent No. Re. 36,571 and U.S. Patent No. 6,191,964 and SynQor's U.S. Patent No. 6,594,159, U.S. Patent No. 6,731,520, and U.S. Patent No. 7,119,524 (collectively referred to as the "original patents"):

| Event | Current Deadline | Proposed Extended Deadline |
|---|---|---|
| Comply with Paragraph 3(c) of Court's Discovery Order (Dkt. 31) regarding Additional Disclosures | June 26, 2009 (per Dkt. 54) | September 25, 2009 |
| Parties shall exchange privilege logs | May 29, 2009 (per Dkt. 31) | November 30, 2009 |
| Parties shall inform the Court regarding disputes concerning claims of privileged documents | August 7, 2009 (per Dkt. 31) | January 29, 2010 |

**III.    CONCLUSION**

The parties will meet in good faith within the next sixty (60) days to discuss whether the parties can reach a global or, if not global, a partial resolution of the pending claims between the parties.

The parties do not seek the requested extensions for purposes of delay, but so that justice may be done.

The parties respectfully request that the Court grant the relief requested in this Motion.

DATED: May 6, 2009                                Respectfully submitted,

*/s/ Diane V. DeVasto*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Diane V. DeVasto
State Bar No. 05784100
dianedevasto@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Mark A. Flagel
mark.flagel@lw.com
Franklin D. Kang
franklin.kang@lw.com
Dale Chang
dale.chang@lw.com
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
213/485-1234
Fax: 213/891-8763

**ATTORNEYS FOR PLAINTIFF
LINEAGE POWER CORPORATION**

*/s/ Michael David Hatcher*
*(with permission by Diane V. DeVasto)*
Thomas D. Rein
trein@sidley.com
April D. Lambert
alambert@sidley.com
Brian C. Bianco
bcbianco@sidley.com
Russell E. Cass
rcass@sidley.com
Sidley Austin - Chicago
Bank One Plaza
One South Dearborn Ave
Chicago, IL 60603
312/853-7000
Fax: 312/853-7036

Michael David Hatcher
mhatcher@sidley.com
Sidley Austin - Dallas
717 N. Harwood, Suite 3400
Dallas, TX 75201
214-981-3300
Fax: 214-981-3400

**ATTORNEYS FOR DEFENDANT SYNQOR, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 6th day of May 2009.

*/s/ Diane V. DeVasto*
Diane V. DeVasto

{KEA\7572\0003\W0392797.2}   4