IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| LINEAGE POWER CORPORATION | Civil Action No. 2:08-cv-95(TJW/CE) |
|---|---|
| vs. | JURY TRIAL DEMANDED |
| SYNQOR, INC. | |

## JOINT MOTION TO AMEND DEADLINES

COME NOW Plaintiff Lineage Power Corporation ("Lineage") and Defendant SynQor, Inc. ("SynQor") by and through their counsel of record and hereby file and present this their Joint Motion to Amend Deadlines for the Court's consideration.

The parties jointly agree to and request an extension of certain deadlines in the above-captioned civil action, as follows:

### I. DEADLINES TO BE AMENDED REGARDING TRANSFERRED PATENTS

The parties request an extension of the following deadlines set by the Court's May 7, 2009 Order (Dkt No. 62), as amended December 3, 2009 (Dkt No. 71), regarding U.S. Patent No. 6,138,344, U.S. Patent No. 6,005,773, U.S. Patent No. 5,036,452, and U.S. Patent No. 6,310,301:

| Event | Current Deadline | Proposed Extended Deadline |
|---|---|---|
| Parties shall exchange privilege logs | January 29, 2010 | March 30, 2010 |
| Parties shall inform the Court regarding disputes concerning claims of privileged documents | March 30, 2010 | May 28, 2010 |

## II. DEADLINES TO BE AMENDED REGARDING ORIGINAL PATENTS

The parties request an extension of the following deadlines set by the Court's May 7, 2009 Order (Dkt No. 62), as amended December 3, 2009 (Dkt No. 71), regarding Lineage's U.S. Patent No. Re. 36,571 and U.S. Patent No. 6,191,964 and SynQor's U.S. Patent No. 6,594,159, U.S. Patent No. 6,731,520, and U.S. Patent No. 7,119,524:

| Event | Current Deadline | Proposed Extended Deadline |
|---|---|---|
| Parties shall exchange privilege logs | January 29, 2010 | March 30, 2010 |
| Parties shall inform the Court regarding disputes concerning claims of privileged documents | March 30, 2010 | May 28, 2010 |

## III. CONCLUSION

The parties do not seek the requested extensions for purposes of delay, but so that justice may be done.

The parties respectfully request that the Court grant the relief requested in this Motion.

DATED: January 15, 2010                Respectfully submitted,

*/s/ Jeffrey T. Lindgren*
*(with permission by Michael D. Hatcher)*

Richard C. Vasquez
RVasquez@vbllaw.com
Jeffrey T. Lindgren
JLindgren@vbllaw.com
Eric W. Benisek
EBenisek@vbllaw.com
Craig E. Davis
CDavis@vbllaw.com
Stephen C. Steinberg
SSteinberg@vbllaw.com
Avin P. Sharma
ASharma@vbllaw.com
VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549

Telephone: (925) 627-4250
Facsimile: (925) 403-0900

**ATTORNEYS FOR PLAINTIFF
LINEAGE POWER CORPORATION**


*/s/ Michael D. Hatcher*
Thomas D. Rein
trein@sidley.com
April D. Lambert
alambert@sidley.com
Brian C. Bianco
bcbianco@sidley.com
Russell E. Cass
rcass@sidley.com
Sidley Austin - Chicago
Bank One Plaza
One South Dearborn Ave
Chicago, IL 60603
312/853-7000
Fax: 312/853-7036

Michael David Hatcher
mhatcher@sidley.com
Sidley Austin - Dallas
717 N. Harwood, Suite 3400
Dallas, TX 75201
214-981-3300
Fax: 214-981-3400

**ATTORNEYS FOR DEFENDANT
SYNQOR, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 15th day of January 2010.

*/s/ Michael D. Hatcher*
Michael D. Hatcher