**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LINEAGE POWER CORP.<br><br>    Plaintiff and Counterclaim-Defendant,<br><br> v.<br><br>SYNQOR, INC.<br><br>    Defendant and Counterclaim-Plaintiff. | Civil Action No. 2:08-CV-95-TJW-CE<br><br>**JURY TRIAL DEMANDED** |

## AMENDED PARAGRAPH 17 TO AGREED PROTECTIVE ORDER

    The parties to this action having stipulated, through their respective counsel, to the entry of the following Amended Paragraph 17 of the Agreed Protective Order (Dkt. No. 35), it is therefore ORDERED pursuant to Rule 26(c) of the Federal Rules of Civil Procedure that Paragraph 17 of the Agreed Protective Order (Dkt. No. 35) is hereby amended to read as follows:

    17.  Within sixty (60) days after conclusion of this action or Civil Action No. 2:07-CV-497-TJW-CE, whichever is later, by final, non-appealed, decision or by settlement, all documents, information, and material designated or treated as Protected Materials pursuant to this Protective Order shall promptly be returned to the party producing the Protected Materials, their counsel, or their designees, or such Protected Materials shall be destroyed, except that outside counsel for each party may maintain in its files one copy of each pleading filed with the Court, each deposition transcript together with the exhibits marked at the deposition, one copy of each piece of correspondence, one copy of all expert reports, and one copy of all discovery responses and documents constituting work product that were internally generated based upon or

which include Protected Materials. In the event that outside counsel maintains such documents, it shall not disclose Protected Materials to another party or third party absent subpoena or court order. Upon receipt of any subpoena for such information, the party receiving the subpoena shall promptly provide written notice to outside counsel for the Producing Party of the subpoena so that the latter may protect its interests. If Protected Materials are destroyed, the Receiving Party shall provide appropriate certification to the Producing Party regarding such destruction within sixty (60) days of conclusion of this action.

SIGNED this 19th day of August, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE